All concur.

In the Matter of the Claim of MATT HOUSER, Respondent, against FINCH, PRUYN & Co., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of LETA VROMAN et al., Respondents, against WILLIAM VAN ALSTYNE, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

Crapser, Bliss and Schenck, JJ., concur; Hill, P. J., and Heffernan, J., dissent, on the authority of *Matter of Glielmi* v. *Netherland Dairy Co.* (254 N. Y. 60); *Matter of Zeh* v. *St. Francis de Sales R. C. Church* (288 N. Y. 511).

In the Matter of the Claim of WILLIAM MARTIN, Respondent, against LENZ & RIECKER, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of WILLIAM E. BERGMAN, Deceased, et al., Respondents, against MERGENTHALER LINOTYPE COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.